# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| JAMES PYUNG LEE and HEE SOOK NAM, | Case No.: 3.19-cv-02054-W-BLM |
|---|---|
| Plaintiffs, | **CLARIFICATION REGARDING PLAINTIFFS' MOTION FOR EXTENSION OF TIME TO AMEND COMPLAINT [DOC. 47]** |
| v. | |
| VERIMATRIX, INC., ROBIN "ROSS" COOPER, and, INSIDE SECURE, | |
| Defendants. | |

On February 21, 2020, the Court granted Defendants' motion to dismiss for failure to state a claim with leave to amend. [Doc. 41.] Plaintiffs were ordered to file an amended complaint on or before March 9, 2020.

On March 9, 2020, Plaintiffs filed a motion for extension of time to file an amended complaint. [Doc. 47.] The Court will interpret this motion as an ex parte application. Per Chambers Rules, ex parte applications that are not opposed within two Court days will be considered unopposed and may be granted on that ground.

Further, the duplicate motion [Doc. 46] is **DENIED AS MOOT**.

**IT IS SO ORDERED.**

Dated: March 10, 2020

_____
Hon. Thomas J. Whelan
United States District Judge